Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6787 W. Tropicana Ave., Suite 250
Las Vegas, Nevada 89103
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff,*
FAITH B. KELII

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FAITH B. KELII,<br><br>           Plaintiff,<br><br>vs.<br><br>MONARCH RECOVERY MANAGEMENT, INC.,<br><br>           Defendant. | Case No.: <u>2:23-cv-01091-JCM-EJY</u><br><br>MOTION TO EXTEND TIME FOR DEFENDANT  MONARCH RECOVERY MANAGEMENT, INC. TO ANSWER THE INITIAL COMPLAINT<br><br>(First Request) |

Upon meeting and conferring with counsel for Defendant, Monarch Recovery Management, Inc. ("Defendant"), Plaintiff, Faith B. Kelii ("Plaintiff") moves to extend the time for Defendant to answer the initial complaint in this matter. It is hereby stipulated and agreed to by counsel for Plaintiff and counsel for Defendant that Defendant shall have an extension of time to September 1, 2023, to submit a response

to Plaintiff's Complaint.  No other requests for extensions of time have been made to date regarding this matter.

     This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension as Defendant is in the process of obtaining local counsel in Nevada to represent its interests in the matter. Accordingly, the parties agree that the requested extension furthers the interest of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

DATED this 23rd day of August 2023.

                                         Respectfully submitted,

                                         **KAZEROUNI LAW GROUP, APC**

                                         _/s/ Gustavo Ponce_
MONA AMINI, ESQ.
GUSTAVO PONCE, ESQ.
6787 W. Tropicana Avenue, Suite 250
Las Vegas, Nevada 89103
(800) 400-6808 p
(800) 520-5523 f
mona@kazlg.com
gustavo@kazlg.com
*Attorneys for Plaintiff*
*Faith B. Kelii*

## ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this 23rd day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE