IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

FAITH B. KELII,

        Plaintiff(s),

vs.

MONARCH RECOVERY MANAGEMENT, INC.,

        Defendant(s).

CASE NO. 2:23-cv-01091-JCM-EJY

**SUBSTITUION OF ATTORNEY**

Monarch Recovery Management, Inc.,    Defendant, hereby substitutes
(Name of Party)

Sean P. Flynn of Gordon Rees Scully Mansukhani, LLP
(New Attorney)

(Address):   1 East Liberty Street, Suite 424, Reno, NV 89501

(Telephone):   775-467-2610   , as attorney of record in place and

stead of:   O'Hagan Meyer, PLLC
(Present Attorney)

DATED:   February 7, 2024

(Signature of Party)
Monarch Recovery Management, Inc.
Diane Mazzacano, CEO

I consent to the above substitution.

DATED:   February 7, 2024

(Signature of Present Attorney)
O'Hagan Meyer, PLLC
Marcus J. Lee, Esq.

. . .

1

American LegalNet, Inc.
www.USCourtForms.com

1  I am duly admitted to practice in this District.

2  Above substitution accepted.

3  DATED: February 7, 2024

   _____
   (Signature of New Attorney)
   Gordon Rees Scully Mansukhani
   Sean P. Flynn, Esq.

6  Please check one: ☒    RETAINED, or ☐    APPOINTED BY THE COURT

8                      IT IS SO ORDERED:

10 DATED: February 8, 2024

   _____
   UNITED STATES MAGISTRATE JUDGE

American LegalNet, Inc.
www.USCourtForms.com