Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Rd., Suite 210
Las Vegas Nevada 89113
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff,*
*FAITH KELII*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FAITH KELII, | Case No.: 2:23-cv-01091-JAD-EJY |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING CASE** |
| v. | |
| MONARCH RECOVERY MANAGEMENT, INC., | ECF No. 35 |
| Defendant, | |

///

///

///

- 1 -
STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff FAITH KELII ("Plaintiff") and Defendant MONARCH RECOVERY MANAGEMENT, INC. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 18th day of December 2024.

**KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce*
Gustavo Ponce, Esq.
Mona Amini, Esq.
6940 S. Cimarron Rd., Suite 210
Las Vegas Nevada 89113
*Attorneys for Plaintiff*

**GORDON REES SCULLY MANSUCHANI**

By: */s/ Sean Flynn*
Sean P. Flynn, Esq.
1 East Liberty St., Ste. 424
Reno, NV 89501
*Attorney for Defendant Monarch Recovery Management, Inc.*

### ORDER

Based on the parties' stipulation **[ECF No. 35]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 23, 2024